# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKY ANN AGUAYO,<br><br>             Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, ACTING<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendant. | Case No. 1:18-cv-01130-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY<br>DISMISSAL WITH PREJUDICE<br><br>(ECF Nos. 8, 9) |

On October 2, 2018, Plaintiff Vicky Ann Aguayo filed a notice of voluntary dismissal with prejudice of this action. (ECF Nos. 8, 9.) Defendant has not filed an answer or a motion for summary judgment. Accordingly, in light of the notice, the case has ended and is dismissed in its entirety with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   __October 3, 2018__          /s/ _Erica P. Grosjean_

                                       UNITED STATES MAGISTRATE JUDGE